# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 2, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161917(127)(128)(128)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

HOUSE OF REPRESENTATIVES and
SENATE,
        Plaintiffs-Appellants,

v

GOVERNOR,
        Defendant-Appellee.
_____/

SC: 161917
COA: 353655
Ct of Claims: 20-000079-MZ

      On order of the Chief Justice, the separate motions of (1) John Brennan, Mark Bucchi, Samuel Gun, Martin Leaf, and Eric Rosenberg, and (2) the House Democratic Leader and Caucus to file briefs amicus curiae are GRANTED. The amicus briefs submitted by those groups are accepted for filing. On further order of the Chief Justice, the motion of the House Democratic Leader and Caucus for immediate consideration is GRANTED and its motion to participate in oral argument is DENIED without prejudice to renewing the motion if the Court grants the leave application or directs oral argument on the application.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 2, 2020



Clerk